**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00181-01-TUC-ROS |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Jacob Richard Mendez, | |
| Defendant. | |

On August 15, 2018, Defendant appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required and the safety of the community. 18 U.S.C. § 3148(b).

**IT IS THEREFORE ORDERED** that Defendant be detained pending further proceedings.

Dated this 15th day of August, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge